IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ruiz, Melissa

Printed: 6/3/08

Case Number: 04 B 08065
Judge: Goldgar, A. Benjamin
Filed: 3/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 22, 2008
Confirmed: April 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 32,495.00 |  |
| Secured: |  | 19,855.51 |
| Unsecured: |  | 0.00 |
| Priority: |  | 8,444.13 |
| Administrative: |  | 2,550.00 |
| Trustee Fee: |  | 1,645.36 |
| Other Funds: |  | 0.00 |
| Totals: | 32,495.00 | 32,495.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,550.00 | 2,550.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 19,855.51 | 19,855.51 |
| 4. | Ocwen Federal Bank FSB | Secured | 13,250.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 1,735.57 | 374.32 |
| 6. | Illinois Dept of Revenue | Priority | 0.00 | 0.00 |
| 7. | Internal Revenue Service | Priority | 37,415.49 | 8,069.81 |
| 8. | ECast Settlement Corp | Unsecured | 163.24 | 0.00 |
| 9. | First Consumers National Bank | Unsecured | 80.05 | 0.00 |
| 10. | Drive Financial Services | Unsecured | 139.82 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 229.69 | 0.00 |
| 12. | American General Finance | Unsecured | 196.44 | 0.00 |
| 13. | CitiFinancial | Unsecured | 345.72 | 0.00 |
| 14. | Ford Motor Credit Corporation | Unsecured | 837.97 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 631.09 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 62.56 | 0.00 |
| 17. | World Financial Network Nat'l | Unsecured | 35.98 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 1,152.45 | 0.00 |
| 19. | Seventh Avenue | Unsecured | 70.72 | 0.00 |
| 20. | Illinois Dept of Revenue | Unsecured | 12.51 | 0.00 |
| 21. | Collection Bureau Of America | Unsecured |  | No Claim Filed |
| 22. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 23. | Fashion Bug | Unsecured |  | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 25. | Commonwealth Edison | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ruiz, Melissa

Printed: 6/3/08

Case Number: 04 B 08065
Judge: Goldgar, A. Benjamin
Filed: 3/2/04

| | | | | |
|---|---|---|---|---|
| 26. | Nationwide Recovery Sys | Unsecured | | No Claim Filed |
| 27. | Harris & Harris | Unsecured | | No Claim Filed |
| 28. | Focus Receivables Management LLC | Unsecured | | No Claim Filed |
| 29. | SBC | Unsecured | | No Claim Filed |

$ 78,764.81     $ 30,849.64

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 50.40 |
| 4% | 93.00 |
| 6.5% | 344.87 |
| 3% | 93.00 |
| 5.5% | 298.38 |
| 5% | 193.75 |
| 4.8% | 111.61 |
| 5.4% | 460.35 |

$ 1,645.36

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

